David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANTEL S. TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC; RADIUS GLOBAL SOLUTIONS; TRANSWORLD SYSTEMS, INC.,<br><br>    Defendants. | **Case No. 2:19-cv-00702-GMN-BNW**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff CHANTEL S. TAYLOR and TRANSUNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to, and only as to,

…

…

…

…

…

…

…

…

TRANSUNION, LLC, in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: July 18, 2019

| | |
|---|---|
| By: /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By: /s/ Kurt R. Bonds, Esq.<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor R. Waite, Esq.<br>Nevada Bar No. 13779<br>ALVERSON, TAYLOR,<br>MORTENSEN & SANDERS 6605<br>Grand Montecito Parkway Suite 200<br>Las Vegas, NV 89149<br>Attorney for Defendant |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this 26 day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE