David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CHANTEL S. TAYLOR*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANTEL S. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC; RADIUS GLOBAL SOLUTIONS; TRANSWORLD SYSTEMS, INC,<br><br>    Defendants. | Case No. 2:19-cv-00702-GMN-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>RADIUS GLOBAL SOLUTIONS AND TRANSWORLD SYSTEMS, INC ONLY</u>** |

  Plaintiff CHANTEL S. TAYLOR and Defendants RADIUS GLOBAL SOLUTIONS and TRANSWORLD SYSTEMS, INC, hereby stipulate and agree that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, RADIUS GLOBAL SOLUTIONS and**

s

**TRANSWORLD SYSTEMS, INC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: November 11, 2019

| By: | By: |
|---|---|
| /s/ David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff,* <br> *CHANTEL S. TAYLOR* | /s/ Shannon G. Splaine, Esq. <br> Shannon G. Splaine, Esq. <br> Nevada Bar No. 8241 <br> LINCOLN, GUSTAFSON & CERCOS, LP <br> 3960 Howard Hughes Parkway <br> Suite 200 <br> Las Vegas, NV 89169 <br> *Attorney for Defendants,* <br> *RADIUS GLOBAL SOLUTIONS and* <br> *TRANSWORLD SYSTEMS, INC* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this 13 day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court