David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CHANTEL S. TAYLOR*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANTEL S. TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC; RADIUS GLOBAL SOLUTIONS; TRANSWORLD SYSTEMS, INC, <br><br> Defendants. | **Case No. 2:19-cv-00702-GMN-BNW** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX INFORMATION SERVICES, LLC ONLY</u>** |

Plaintiff CHANTEL S. TAYLOR and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to,

…

…

…

…

and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: November 12, 2019

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff,* <br> *CHANTEL S. TAYLOR* | /s/ Jeremy J. Thompson, Esq. <br> Jeremy J. Thompson, Esq. <br> Nevada Bar No. 12503 <br> CLARK HILL, PLLC <br> 3800 Howard Hughes Parkway Suite 500 <br> Las Vegas, NV 89169 <br> *Attorney for Defendant,* <br> *EQUIFAX INFORMATION SERVICES, LLC* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this  13 day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court