**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CHANTEL S. TAYLOR, | Case No. 2:19-cv-00702-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

In light of the plaintiff Chantel S. Taylor and defendant Equifax Information Services, LLC's joint stipulation to dismiss (ECF No. 24), IT IS ORDERED that the court's order to show cause (ECF No. 22) is DISCHARGED. No further response to the order to show cause is required.

DATED: November 13, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE